# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S.D.C. COURT CLERKS,<br><br>    Defendant. | Case No. 1:18-cv-00071-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2)<br><br>FOURTEEN DAY DEADLINE |

Plaintiff Ahkeem Deshavier Williams ("Plaintiff"), appearing pro se, filed the complaint in this action on January 17, 2018. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, Plaintiff's application was not adequately completed. Plaintiff indicated that he receives disability payments but did not respond to the question on the in forma pauperis form asking Plaintiff to "describe ... each source of money and state the amount received and what you expect you will continue to receive." Plaintiff also indicated that he has been working under 40 hours a week.

Accordingly, the Court is unable to determine if Plaintiff is entitled to proceed in this action without prepayment of fees and Plaintiff will be required to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must

1

1 | pay the filing fee in full.

2 | Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;

2. Within **fourteen (14) days** of the date of this order, Plaintiff shall either (a) pay the $400.00 filing fee for this action, or (b) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and

3. Plaintiff is advised that if he fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **January 18, 2018**

_____
UNITED STATES MAGISTRATE JUDGE