# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AHKEEM DESHAVIER WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S.D.C. COURT CLERKS,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00071-LJO-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYMENT OF FEES OR COSTS<br><br>(ECF Nos. 2, 4) |

Plaintiff Ahkeem Deshavier Williams ("Plaintiff"), appearing pro se, filed the complaint in this action on January 17, 2018. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in the district court without prepayment of fees or costs. (ECF No. 4.) Review of Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed without prepayment of fees or costs.

IT IS SO ORDERED.

Dated: __**January 24, 2018**__

　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1